In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-16-00475-CV**

_____

**IN RE ROBERT CHARLES KRAMER**

_____

**Original Proceeding**
**317th District Court of Jefferson County, Texas**
**Trial Cause No. F-225,237**

_____

**ORDER**

Robert Charles Kramer filed a petition for writ of mandamus. The relator is

a party in Cause Number F-225,237, *In the Matter of the Marriage of Robert*

*Charles Kramer and Nancy Lynn Kramer and in the Interest of S.L.K., a child.* Part

of the relief sought by the relator is a writ compelling the Honorable Larry Thorne,

Judge of the 317th District Court of Jefferson County, Texas, to vacate an order

requiring him to respond to discovery requests made in connection with a contempt

hearing. We note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221 (West 2004).

Relator requests a stay of the trial court's order as temporary relief. *See* Tex. R. App. P. 52.10(a). The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that the trial court's order requiring Relator to respond to requests for admission is STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the relator as a condition to any relief herein granted.

The response of the real party in interest, Nancy Lynn Kramer, is due December 27, 2016.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED December 15, 2016.

PER CURIAM

Before Kreger, Horton, and Johnson, JJ.

2